# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1341
_____

JOHN LOCHER RADSON, R.N.,

Petitioner,

v.

DEPARTMENT OF HEALTH, BOARD
OF NURSING,

Respondent.

_____

Petition for Review of Non-Final Agency Action—Original
Jurisdiction.

July 29, 2024

PER CURIAM.

DISMISSED.

WINOKUR, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

John C. Cardello of Chapman Law Group, Troy, MI, for Petitioner.

Sarah Young Hodges, Chief Appellate Counsel, Department of Health, Tallahassee, for Respondent.